## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thomas Bolick and Thomas Bolick, III    :
   :
       v.        :      No. 1425 C.D. 2015
   :
Council Rock School District,    :
Council Rock School Board,    :
Mark J. Klein, Joseph DeMaio    :
and Derek Wright    :
   :
Appeal of: Thomas Bolick    :

# **O R D E R**

NOW, August 25, 2016, upon consideration of appellants' application for reargument or for rehearing en banc and appellees' answer in opposition thereto, the application is denied.

<br>

                                           _____

                                           MARY HANNAH LEAVITT,
                                           President Judge